

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00483-CV

| | | |
|---|---|---|
| Concerned Owners of Thistle Hill Estates Phase I, LLC | § | From the 393rd District Court |
| | § | of Denton County (2012-61154-393) |
| v. | § | |
| | § | April 10, 2014 |
| Ryan Road Management, LLC; Ryan Road Partners, Ltd; and Debra Johnson-Stafford | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellees Ryan Road Management, LLC; Ryan Road Partners, Ltd; and Debra Johnson-Stafford shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
     Justice Sue Walker